RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BIRAY K. DOGAN
Assistant Federal Public Defender
Nevada State Bar No. 10566
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
biray_dogan@fd.org

Attorney for Ira Gene Weirich, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>IRA GENE WEIRICH, JR.<br><br>            Defendant. | Case No. 3:15-cr-00083-MMD(VPC)<br><br>**STIPULATION TO CONTINUE MOTION AND TRIAL DATES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Shannon M. Bryant, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Biray K. Dogan, Assistant Federal Public Defender, counsel for Ira Gene Weirich, Jr., that the calendar call currently set for September 06, 2016 at 1:00 p.m., be vacated and continued to **April 03, 2017 at 1:00 p.m.** and the trial currently scheduled for September 27, 2016 at 9:00 a.m., be vacated and set to **April 11, 2017 at 9:00 a.m.**

\ \ \

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the parties herein shall have to and including **February 15, 2017,** to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the parties herein shall have to and including **March 01, 2017,** to file any and all responses to such motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the parties herein shall have to and including **March 08, 2017,** to file any and all replies to the responsive briefs.

This Stipulation is entered into for the following reasons:

1. Mr. Weirich is currently serving a life sentence in the Northern Nevada Correctional Center. Undersigned defense counsel previously visited Mr. Weirich at Northern Nevada Correctional Center in Carson City on Friday, May 20, 2015. Since then defense counsel again met with his client on August 05, 2016.

2. That based upon defense counsel's conversations with Mr. Weirich additional time is required to conduct investigation pertaining to the circumstances surrounding the charges contained in the federal indictment.

3. That since the last continuance was granted defense counsel has reviewed and explained important aspects of Mr. Weirich's case, to Mr. Weirich, such as the charges contained in the indictment, the discovery provided by the government, and the U.S. Sentencing Guidelines. However, additional time is requested to further discuss matters, and issues related to defense strategy at any potential jury trial should this matter not resolve through negotiations by the currently scheduled jury trial date. Moreover, the additional time will permit defense counsel to research, write and file dispositive motions before the scheduled jury trial.

4. That defense counsel has been in talks with the AUSA in this matter to reach an agreeable resolution, which would obviate the need for a jury trial.

5. That Mr. Weirich does not oppose the requested continuance. Further, the parties agree to the continuance.

6. That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence under the provisions of the Speedy Trial Act pursuant to Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code, §§ 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv). Failure to grant this continuance would result in a miscarriage of justice by denying counsel for Mr. Weirich the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

This is the Second request for a continuance filed herein.

DATED this 26th day of August, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By /s/ *Biray K. Dogan*<br>BIRAY K. DOGAN<br>Assistant Federal Public Defender<br>Counsel for Ira Gene Weirich, Jr. | By */s/ Shannon M. Bryant*<br>SHANNON M. BRYANT<br>Assistant United States Attorney<br>Counsel for the Government |

\ \ \

3

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>IRA GENE WEIRICH, JR.,<br><br>        Defendant. | Case No. 3:15-cr-00083-MMD (VPC)<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Weirich is currently serving a life sentence in the Northern Nevada Correctional Center. Undersigned defense counsel previously visited Mr. Weirich at Northern Nevada Correctional Center in Carson City on Friday, May 20, 2015. Since then defense counsel again met with his client on August 05, 2016.

2. That based upon defense counsel's conversations with Mr. Weirich additional time is required to conduct investigation pertaining to the circumstances surrounding the charges contained in the federal indictment.

3. That since the last continuance was granted defense counsel has reviewed and explained important aspects of Mr. Weirich's case, to Mr. Weirich, such as the charges contained in the indictment, the discovery provided by the government, and the U.S. Sentencing Guidelines. However, additional time is requested to further discuss matters, and issues related to defense strategy at any potential jury trial should this matter not resolve through negotiations by the currently scheduled jury trial date. Moreover, the additional time

4

will permit defense counsel to research, write and file dispositive motions before the scheduled jury trial.

4. That defense counsel has been in talks with the AUSA in this matter to reach an agreeable resolution, which would obviate the need for a jury trial.

5. That Mr. Weirich does not oppose the requested continuance. Further, the parties agree to the continuance.

6. That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence under the provisions of the Speedy Trial Act pursuant to Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code, §§ 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv). Failure to grant this continuance would result in a miscarriage of justice by denying counsel for Mr. Weirich the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18 United States Code, Section 3161(h)(7)(A),when the considering the facts under Title 18, United States Code, Section 3161 (h)(7)(B)(i) and 316(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the parties shall have to and including **February 15, 2017,** to file any and all pretrial motions and notices of defense.

5

1  IT IS FURTHER ORDERED that the parties shall have to and including **March 01,**
2  **2017,** to file any and all response to such motions.
3  IT IS FURTHER ORDERED that the parties shall have to and including **March 08,**
4  **2017,** to file any and all reply briefs.
5  IT IS FURTHER ORDERED that the calendar call currently set for September 06, 2016,
6  at 1:00 p.m. be continued to **April 03, 2017 at 1:00 p.m.** and the trial currently scheduled for
7  June 07, 2016 at 9:00 a.m., be continued to **April 11, 2017 at 9:00 a.m.**

DATED this __29th__ day of August, 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE